IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,

    Petitioner,                    No. CIV S-06-2893 MCE GGH P

    vs.

R. CAMPBELL, et al.,

    Respondents.                ORDER

_____/

    Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Petitioner also seeks an extension of time to file a reply to the answer, which request the court will grant.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner's March 13, 2007, motion for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

\\\\\

2. Petitioner's March 13, 2007, motion for an extension of time to file a reply to the answer is granted and petitioner is granted thirty (30) days from the date of this order to file his reply.

DATED: 3/28/07                    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
onti2893.110+