IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,

    Petitioner,                   No. CIV S-06-2893 MCE GGH P

    vs.

R. CAMPBELL, et al.,

    Respondents.               ORDER

_____/

        Petitioner has once again requested the appointment of counsel.[1] Petitioner contends that he has a learning disability and needs counsel to respond to respondent's answer to his petition wherein petitioner alleges that he was wrongfully found guilty of forgery of an officer's signature on legal mail in violation of a state regulation at a prison disciplinary hearing. Petitioner's contentions which accompany this request for appointment of counsel demonstrate that he is able to frame arguments against respondent's position.

        There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

---

[1] Although petitioner labels this his second request for appointment of counsel, a review of court records indicates that this most recent request is actually his third. See Orders, filed on January 31, 2007, and on March 29, 2007.

so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  The court will, by this order, grant petitioner a further extension of time to file a reply in this order, which supersedes the earlier grant of an extension of time in its order filed on March 29, 2007.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 30, 2007, "second request for appointment of counsel" is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

2. Petitioner is to inform the court, within thirty days of the date of this order, if he would like the court to construe the argument he makes in support of his "second request for appointment of counsel," filed on March 30, 2007, attacking the basis for the finding of guilt in a prison disciplinary action, as his reply to the answer;

3. In the alternative, petitioner is granted a further extension of time of thirty days from the date of this order to file a reply/traverse to respondent's answer.

DATED: 4/23/07              /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
onti2893.110(3)