IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,

    Petitioner,                    No. CIV S-06-2893 MCE GGH P

    vs.

R. CAMPBELL, et al.,

    Respondents.             ORDER

_____/

        Petitioner has again requested the appointment of counsel. Petitioner states that he has a documented learning disability under the ADA, and believes his skills to be too deficient to present his case . Petitioner submits an affidavit from another inmate who declares that he has been providing petitioner assistance with his legal work. At this time, there appears to be no further briefing due in this matter. As the court has noted earlier, petitioner has demonstrated an ability to frame arguments against respondent's position. It is not germane whether he has done so with the assistance of another inmate or not.

        As petitioner has been previously informed, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254

1  Cases. In the present case, the court once again does not find that the interests of justice would
2  be served by the appointment of counsel at this time.
3       Accordingly, IT IS HEREBY ORDERED that petitioner's May 16, 2007 request
4  for appointment of counsel is denied without prejudice.
5  DATED: 5/24/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
onti2893.110(4)