UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ONTIVEROS, | No. 06 CV 02893 JCW |
| Petitioner, | ORDER DENYING MOTION FOR |
| vs. | APPOINTMENT OF COUNSEL |
| R. CAMPBELL, et al., | |
| Respondents. | |

Petitioner has requested the appointment of counsel. This is petitioner's fourth unsuccessful request for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel "if the interests of justice so require." In the present case, the interests of justice would not be served by the appointment of counsel. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

DATED: October 15, 2009        _____/s/ J. Clifford Wallace_____
                               J. Clifford Wallace
                               United States Circuit Judge

1