UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ONTIVEROS, | No. 06 CV 02893 JCW |
| Petitioner, | <u>ORDER</u> |
| vs. | |
| R. CAMPBELL, et al., | |
| Respondents. | |

Petitioner Ontiveros' motion for a certificate of appealability is denied.

DATED: November 30, 2009                    _/s/ J. Clifford Wallace_____
                                                                        J. Clifford Wallace
                                                                        United States Circuit Judge

1